# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLA FLOOD,** | * |
| **Plaintiff,** | * |
| **v.** | *   Civil Action No.: 18-cv-00803 |
| **UNITED STATES DEPARTMENT OF NAVY, *ET AL.*,** | * |
| | * |
| **Defendants.** | |
| | * |

\* \* \* \*   ooo0ooo   \* \* \* \*

### MOTION FOR ADMISSION *PRO HAC VICE* OF SCOTT CHARLES LABARRE

Movant Eve L. Hill, on behalf of Plaintiff Carla (Mary) Flood, respectfully moves this Court pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia for an Order allowing the admission of Scott Charles LaBarre as attorney *pro hac vice* to appear in this action as counsel for Plaintiff, and in support thereof states:

1. I am a member in good standing of the Bar of this Court.

2. Scott Charles LaBarre is the principal at LaBarre Law Offices, P.C., located in Denver, Colorado. He is a member in good standing of each Bar to which he is admitted and has never been disciplined. The declaration of Mr. LaBarre is attached hereto.

3. Mr. LaBarre seeks admission *pro hac vice*, to represent Plaintiff Carla Flood.

4. The undersigned movant will serve as co-counsel in these proceedings.

Dated: April 10, 2018

Respectfully submitted,

*/s/* Eve L. Hill_____
Eve L. Hill (Bar No.:424896)
BROWN GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Ste. 1700
Baltimore, Maryland 21202
T: (410) 962-1030
F: (410) 385-0869
ehill@browngold.com

*Attorneys for Plaintiff Carla Flood*