IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CARLA FLOOD,** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No.: 18-cv-00803 |
| **UNITED STATES DEPARTMENT OF NAVY,** *ET AL.*, | * | |
| | * | |
| **Defendants.** | | |

\* \* \* \* ooo0ooo \* \* \* \*

## AFFIDAVIT OF SCOTT CHARLES LABARRE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Scott Charles LaBarre, make this affidavit in support of the Motion for my admission to appear and practice in this Court, in the above-captioned matter, as counsel *pro hac vice* for Plaintiffs pursuant to LR 83.2.

I, Scott Charles LaBarre, being duly sworn, do hereby depose and state as follows:

1. I am the principal at LaBarre Law Offices, P.C.

2. My business address is:

   1660 South Albion, Suite 918
   Denver, Colorado 80222
   Phone: 303-504-5979
   Fax: 303-757-3640
   slabarre@labarrelaw.com

3. I am a member in good standing of the bars of:

   - Supreme Court of the United States          (1997)
   - Court of Appeals of Maryland                (1994)
   - Supreme Court of Colorado                   (1995)
   - U.S. District Court for the District of Colorado   (1995)
   - U.S. Court of Appeals for the Tenth Circuit    (2000)
   - U.S. Court of Appeals for the Seventh Circuit  (2003)
   - U.S. Court of Appeals for the Eight Circuit    (2007)
   - U.S. Court of Appeals for the DC Circuit       (2007)
   - U.S. Court of Appeals for the Ninth Circuit    (2010)
   - U.S. Court of Appeals for the Second Circuit   (2011)

4. I herein certify that I am have not been disciplined in any jurisdiction, nor have I ever been disbarred in any jurisdiction.

5. I herein certify that I have not been admitted to practice *pro hac vice* in this court in the last two years.

6. I herein certify that I do not have an office located in the District of Columbia, nor do I have an application for admission pending with the bar of the District of Columbia.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the District of Columbia.

Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: April 10, 2018         */s/ Scott Charles LaBarre*
                              Scott Charles LaBarre