# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CARLA FLOOD,**                                   *

      **Plaintiff,**                         *

   **v.**                                       *     Civil Action No.:

**UNITED STATES DEPARTMENT OF**          *
**NAVY, ET AL.,**
                                       *

      **Defendants.**                        *

     *   *   *   *   ooo0ooo   *   *   *   *

## [PROPOSED] ORDER FOR ADMISSION
## PRO HAC VICE OF SCOTT CHARLES LABARRE

Upon consideration of the Motion for pro hac vice admission of Scott Charles LaBarre to appear as counsel for Plaintiff Carla Flood, it is this ____ day of _____, 2018.

ORDERED that the Motion for Pro Hac Vice Admission of Scott Charles LaBarre be and hereby is GRANTED; and it is further

ORDERED that, Mr. LaBarre will register with this Court's CM/ECF system.

Dated:  April _____, 2018

_____
United States District Court Judge