Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNITED STATES DEPARTMENT OF THE NAVY
was received by me on *(date)* 04/10/2018 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ramona Smith , who is
designated by law to accept service of process on behalf of *(name of organization)*
U.S. Dept. of the Navy on *(date)* 04/19/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/9/2018 12:35:35 PM PDT

*Jackie Hector*
*Server's signature*

Jackie Hector, Legal Assistant
*Printed name and title*

BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
*Server's address*

Additional information regarding attempted service, etc:

DocuSign Envelope ID: AAFB4632-12EC-4E2D-B3F9-1FE1C83B938B
Case 1:18-cv-00803-CRC   Document 5   Filed 05/09/18   Page 2 of 3
Case 1:18-cv-00803-CRC   Document 2   Filed 04/10/18   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CARLA FLOOD, <br><br> *Plaintiff(s)* <br> v. <br> RICHARD V. SPENCER, SECRETARY, UNITED STATES DEPARTMENT OF THE NAVY, IN HIS OFFICIAL CAPACITY, and UNITED STATES DEPARTMENT OF THE NAVY <br> *Defendant(s)* | Civil Action No. 1:18-cv-00803-CRC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES DEPARTMENT OF THE NAVY
General Litigation Division
1322 Patterson Avenue, Suite 3000
Washington Navy Yard, DC 20374-5066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kobie A. Flowers
Eve L. Hill
Stuart O. Simms
Brown, Goldstein & Levy, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 04/10/2018

/s/ Jean-Claude Douyon
*Signature of Clerk or Deputy Clerk*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.84 | 4/12/18 |
| Certified Fee | 3.45 | 1120.522 ELH |
| Return Reciept Fee (Endorsement Required) | 2.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total | 8.04 | |

Sent To: UNITED STATES DEPT OF THE NAVY
General Litigation Division
Street, or PO: 1322 Patterson Avenue, Suite 3000
City, S: Washington Navy Yard, DC 20374-5066

7004 1350 0004 2990 2798

PS Form ...

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

BROWN GOLDSTEIN LEVY
MAY 07 2018

Eve L. Hill, Esq.
BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202

1120.522 ELH

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATES DEPT OF THE NAVY
General Litigation Division
1322 Patterson Avenue, Suite 3000
Washington Navy Yard, DC 20374-5066

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ramona Smith
☐ Agent
☐ Addressee

B. Received by (Printed Name): Ramona Smith
C. Date of Delivery: 4/19/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1350 0004 2990 2798

PS Form 3811, August 2001    Domestic Return Receipt    1120.522 ELH    102595-01-M-2509